IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

UNITED STATES OF AMERICA,

    Plaintiff,

05 DEC 22 PM 3: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

v.    Cr. No. 2:05cr20448-1-Ma

TERESA L. WALLACE

    Defendant.

---

## ORDER ON ARRAIGNMENT

This cause came to be heard on __12-22-05__ The Assistant United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME: __Lorna McClusky__ who is <u>Retained</u>/ Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his/her present bond.

____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

                                   United States Magistrate Judge

Charges: 18:2, 18:656, 18:1344

Assistant U.S. Attorney assigned to case: ANDRE

The defendant's age is: __29__.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __12-28-05__

S

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20448 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT